UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Respondents | 2:17-cv-02956-JAD-PAL<br><br>**Order Denying IFP Application**<br><br>[ECF No. 1] |

    Pro se petitioner Gerald Osby is currently serving a life sentence at the High Desert State Prison for first-degree murder with a deadly weapon enhancement.[1] He petitions for a writ of habeas corpus, claiming various violations of the Fifth, Sixth, and Fourteenth Amendments.[2] He filed a financial certificate,[3] but he did not file an application to proceed *in forma pauperis* or pay the filing fee. Although a pauper application was not filed in this case—let alone a completed one—Osby would be denied IFP status because his financial certificate indicates that he has enough money to pay the filing fee. Accordingly,

    IT IS HEREBY ORDERED that Osby has **until January 15, 2018**, to have the **$5.00 filing fee sent to the Clerk of Court**. If the filing fee is not paid by this court-ordered deadline, **this case will be dismissed**. The **Clerk of Court** is directed to **SEND** to Osby **two copies of this order**. Osby must attach one copy of this order to the check paying the filing fee.

    DATED: December 15, 2017.

                                                                                 U.S. District Judge Jennifer A. Dorsey

---

[1] NEV. DEP'T OF CORRECTIONS, http://doc.nv.gov/Inmates/Home/ (Dec. 14, 2017) (inmate search by name Gerald Osby or by offender ID 1087836). *See also* ECF No. 1-1 at 2.

[2] ECF No. 1-1.

[3] ECF No. 4.