# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Respondents | 2:17-cv-02956-JAD-PAL<br><br>**Order Denying Application to Proceed *In Forma Pauperis***<br><br>[ECF No. 6] |

In this habeas corpus action, I previously ordered pro se petitioner Gerald Osby to pay the $5.00 filing fee because, although he had not yet submitted an application to proceed *in forma pauperis*, the financial certificate that he filed indicated that he could afford to pay the filing fee.[1] Osby has since filed a pauper application, but he has not shown that his financial situation has changed.

Accordingly, IT IS HEREBY ORDERED that Osby's application to proceed *in forma pauperis* **[ECF No. 6] is DENIED**. Osby has **until January 15, 2018, to PAY the $5.00 filing fee**; failure to do so will result in this action being **DISMISSED without further prior notice**.

DATED: January 2, 2018.

                                                          U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5.