# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Gerald Osby,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

Case No.: 2:17-cv-02956-JAD-PAL

**Order Extending Time**

[ECF No. 12]

Respondents request a 45-day extension to file and serve a response to pro se petitioner Gerald Osby's petition for a writ of habeas corpus.[1] Respondents' counsel represents that he has been "exceedingly busy working on numerous state and federal habeas matters," including "a civil lawsuit involving the use of midazolam [in Nevada's] lethal injection protocol" and "two filings addressing complex capital habeas issues" that all have deadlines quickly approaching.[2]

This is counsel's first request for an extension, and I find that it is made in good faith and does not unduly delay these proceedings. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an extension of time **[ECF No. 12] is GRANTED**. Respondents have **until August 30, 2018, to file a response to Osby's habeas petition.**

Dated: July 24, 2018

                                             _____
                                             U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12.

[2] *Id.*