UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD OSBY,<br><br>　　　　Petitioner<br><br>　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents | Case No. 2:17-cv-02956-JAD-PAL<br><br>**Order Granting Requests to Enlarge Time**<br><br>[ECF Nos. 14, 15] |

　　　Respondents having filed motions for enlargement of time, and good cause appearing, IT THEREFORE IS ORDERED that respondents' motions for enlargement of time **[ECF No. 14, ECF No. 15] are GRANTED**. Respondents have until October 15, 2018, to file and serve a response to the petition (ECF No. 10).

　　　Dated: October 1, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

1