# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD OSBY, | Case No. 2:17-cv-02956-JAD-PAL |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (fourth request) (ECF No. 17), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (fourth request) (ECF No. 17) is **GRANTED**. Respondents will have through October 18, 2018, to file and serve a response to the petition (ECF No. 10).

Dated: October 17, 2018.

_____
JENNIFER A. DORSEY
United States District Judge