# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD OSBY, | Case No. 2:17-cv-02956-JAD-PAL |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| BRIAN WILLIAMS, et al., | **[ECF No. 24]** |
| Respondents | |

Petitioner Gerald Osby moves for a 60-day extension of time to oppose respondents' motion to dismiss.[1] Good cause appearing,

IT IS ORDERED that petitioner's motion for extension of time (first request) **[ECF No. 24] is GRANTED.** Petitioner's **deadline to respond to the motion to dismiss [ECF No. 19] is extended to January 6, 2019.**

Dated: November 27, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 24.

1