# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GERALD OSBY,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No. 2:17-cv-02956-JAD-BNW

**Order Granting Motion for Enlargement of Time**

ECF No. 36

Respondent moves for enlargement of time to file a response to the motion for stay and abeyance.[1] Good cause appearing, I grant the motion.

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time to file response to motion for stay and abeyance **[ECF No. 36] is GRANTED**. Respondents have until August 14, 2019, to file a response to the motion for stay and abeyance [ECF No. 34].

Dated: August 9, 2019

                                             _____
                                             U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.