**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerald Osby, | Case No. 2:17-cv-02956-JAD-BNW |
| Petitioner | **Order Denying Motion for Extension of Time** |
| v. | **[ECF No. 46]** |
| Brian Williams, et. al., | |
| Respondents | |

On March 2, 2020, I granted Petitioner Gerald Osby's motion for a stay, instructing him to "return to this court with a motion to reopen within 45 days of the Nevada Supreme Court's issuance of the remittitur at the conclusion of the state-court proceedings."[1] Osby now moves for an extension of time to file his motion to reopen, explaining that he needs an additional 60 days because he is still waiting for his state counsel to return his file.[2] The Nevada Supreme Court issued its remittitur on June 10, 2024, following its order of affirmance on May 15, 2024, so Osby has until July 25, 2024, to file his motion to reopen. Given that Osby still has sufficient time to receive his file and then move to reopen these proceedings, I find that an extension is unwarranted at this time. If necessary, Osby may renew his motion at a later date.

IT IS THEREFORE ORDERED that the motion for extension of time **[ECF No. 46] is DENIED**.

Dated: June 18, 2024

_____
U.S. District Judge

---

[1] ECF No. 42.
[2] ECF No. 46.