**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerald Osby, | Case No.: 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion for Extension of Time** |
| Brian Williams, *et. al.*, | |
| Respondents | [ECF No. 52] |

Respondents move for a 58-day enlargement of time to file their response to Petitioner Gerald Osby's petition.[1] This is respondents' first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 52] is GRANTED. Respondents have up to and including November 27, 2024, to file their response.**

Dated: October 4, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 52.