# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Gerald Osby,

    Petitioner

v.

Brian Williams, *et. al.*,

    Respondents

Case No.: 2:17-cv-02956-JAD-BNW

**Order Granting Motion for Extension of Time**

[ECF No. 60]

    Petitioner moves for a 30-day enlargement of time to file his amended petition.[1] This is petitioner's first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 60] is GRANTED. Petitioner has up to and including March 10, 2025, to file his amended petition.**

    Dated: January 30, 2025

                                                                 _____
                                                                 U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 60.