**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerald Osby, | Case No.: 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion for Extension of Time** |
| Brian Williams, *et. al.*, | |
| Respondents. | [ECF No. 62] |

Counsel for petitioner moves for a 30-day enlargement of time to file an amended petition, citing difficulties in communicating with the petitioner.[1]  This is the second request for an extension of this deadline.  With good cause appearing, IT IS ORDERED that the motion for extension of time **[ECF No. 62] is GRANTED.  Petitioner has up to and including April 9, 2025, to file his amended petition.**

Dated: March 10, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 62.