# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby, | Case No.: 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion for Extension of Time** |
| Brian Williams, *et. al.*, | |
| Respondents | [ECF No. 64] |

Petitioner moves for a 30-day enlargement of time to file his amended petition.[1] This is petitioner's third request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 64] is GRANTED. Petitioner has up to and including May 9, 2025, to file his amended petition.**

Dated: April 21, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 64.