UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby, | Case No.: 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed** |
| | **Motion for Extension of Time** |
| Brian Williams, *et. al.*, | |
| Respondents | [ECF No. 66] |

Counsel for the petitioner moves for a 30-day enlargement of time to file the amended petition, citing an unusually large record and the need to supplement it, along with difficulties in communicating with the petitioner.[1] This is petitioner's fourth request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 66] is GRANTED. Petitioner has up to and including June 9, 2025, to file his amended petition.**

Dated: May 18, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 66.