# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby, | Case No.: 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Brian Williams, *et. al.*, | |
| Respondents | [ECF No. 69] |

Counsel for respondents moves for a 60-day enlargement of time to file a response to the amended petition, noting that she was unable to work on this response as planned.[1]  This is respondents' first request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 69] is GRANTED. Respondents have up to and including October 7, 2025, to file their response to the amended petition.**

Dated: August 8, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 69.