**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerald Osby, | Case No.: 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion to Vacate Response Deadline** |
| Brian Williams, *et. al.*, | |
| Respondents. | [ECF No. 72] |

The response to petitioner Gerald Osby's supplemental habeas petition was October 7, 2025.[1] Counsel for respondents moves to strike Osby's supplemental habeas petition and for the response deadline to be vacated until after the motion to strike is resolved.[2] Given that the motion to strike must be resolved before respondents can file their response, I find that good cause exists to grant respondents' latter motion.

IT IS THEREFORE ORDERED that the motion **[ECF No. 72] is GRANTED. Respondents' deadline to file their response to Osby's supplemental habeas petition is vacated.** A new deadline will be set, if necessary, after the motion to strike has been decided.

IT IS FURTHER ORDERED that Osby has until October 21, 2025, to file his opposition to the motion to strike. Respondents will then have 7 days to file their reply.

Dated: October 8, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 70.

[2] ECF Nos. 71, 72.