UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby, | Case No. 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion to Strike** |
| Brian Williams, *et. al.*, | |
| Respondents | [ECF No. 71] |

In this Court's Appointment and Scheduling Order, counsel for petitioner Gerald Osby was instructed "to file an amended petition or seek other appropriate relief."[1]  Osby filed a "Supplemental Petition for Writ of Habeas Corpus, 28 U.S.C. § 2254."[2]  Notably, this filing indicated that it was "meant to supplement, not replace, the original filing," meaning it "incorporate[d] Mr. Osby's prior *pro se* filings by reference."[3]  Respondents move to strike the supplement, arguing that Osby was permitted to file only an amended petition, not a supplemental one.[4]  Osby opposes the motion, explaining that this court should simply "treat the pleading as an amended pleading."[5]  As respondents argue in their reply, this resolution is problematic because it is unclear whether Osby intends to abandon the claims in his *pro se* petition.  So I grant the motion to strike and instruct Osby to file a new pleading captioned

---

[1] ECF No. 58 at 2.
[2] ECF No. 68.
[3] *Id*. at 1.
[4] ECF No. 71.
[5] ECF No. 74.

"Amended Petition," and to include—not incorporate by reference—all claims he intends to assert.

IT IS HEREBY ORDERED that the motion to strike **[ECF No. 71] is GRANTED.** The Clerk of Court is directed to **STRIKE Osby's Supplemental Petition [ECF No. 68].**

IT IS FURTHER ORDERED that Osby has until October 31, 2025, to file an amended petition in accordance with this order. The remainder of the Appointment and Scheduling Order [ECF No. 58] remains in effect.

Dated: October 15, 2025

_____
U.S. District Judge Jennifer A. Dorsey