UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerald Osby,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, *et. al.*,<br><br>    Respondents | Case No.: 2:17-cv-02956-JAD-BNW<br><br>**Order Granting Unopposed<br>Motion for Extension of Time**<br><br>[ECF No. 78] |

    Counsel for petitioner Gerald Osby moves for a 90-day enlargement of time to file his amended petition.[1] This is Osby's first request for an extension of this deadline, and Osby represents that respondents do not oppose the request.[2] With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 78] is GRANTED. Osby has up to and including January 29, 2026, to file his amended petition.**

Dated: October 22, 2025

                                                                                            _____
                                                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 78.
[2] *Id*.