**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerald Osby, | Case No. 2:17-cv-02956-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Unopposed Motion for Extension of Time** |
| Jeremy Bean, | |
| Respondent. | [ECF No. 86] |

Counsel for Respondent moves for a 62-day enlargement of time to file his answer to petitioner Gerald Osby's amended petition.[1] This is Respondent's first request for an extension of this deadline, and Respondent represents that Osby does not oppose the request.[2] With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 86] is GRANTED. Respondent has up to and including August 31, 2026, to file his answer.**

Dated: July 2, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 86.

[2] *Id*.