**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Gerald Osby,<br><br>Petitioner<br><br>v.<br><br>Jeremy Bean,<br><br>Respondent | Case No. 2:17-cv-02956-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 89] |

Counsel for Respondent moves for a 45-day enlargement of time to file his answer to petitioner Gerald Osby's amended petition.[1] This is the respondent's second request for an extension of this deadline, and the respondent represents that Osby does not oppose the request.[2] With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 89] is GRANTED. Respondent has up to and including October 15, 2026, to file his answer.**

Dated: September 22, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 89.

[2] *Id.*