**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Gerald Osby,

Petitioner

v.

Jeremy Bean,

Respondent

Case No. 2:17-cv-02956-JAD-BNW

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 91]

Counsel for the respondent moves for a 32-day enlargement of time to file his answer to petitioner Gerald Osby's amended petition.[1] This is the respondent's third request for an extension of this deadline, and respondent states that Osby does not oppose the request.[2] With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 91] is GRANTED. Respondent has up to and including November 16, 2026, to file his answer. <u>This court is not likely to grant a fourth extension of this deadline.</u>**

Dated: October 16, 2026

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 91.

[2] *Id.*